UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER G. VALENCIA, | ) | Case No.: 1:21-cv-00137-SAB (PC) |
| Plaintiff, | ) ) ) | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |
| v. | ) ) | |
| KEN CLARK, et al., | ) ) | (ECF No. 17) |
| Defendants. | ) ) ) | |

Plaintiff Christopher G. Valencia is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 17, the Court screened Plaintiff's first amended complaint, found that no cognizable claims were stated, and granted Plaintiff one final opportunity to amend the complaint. (ECF No. 17.) Plaintiff has failed to file an amended complaint or otherwise respond to the Court's order and the time to do has now passed.

///

///

///

///

///

///

1

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within fourteen (14) days from the date of service of this order why the action should not be dismissed for failure to comply with a court order, failure to state a cognizable claim for relief, and failure to prosecute.  Local Rule 110.

IT IS SO ORDERED.

Dated:   **August 19, 2021**

UNITED STATES MAGISTRATE JUDGE