UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER G. VALENCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　Defendants. | Case No.: 1:21-cv-00137-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COPY OF THE COURT'S MAY 17, 2021 SCREENING ORDER, AND GRANTING PLAINTIFF THIRTY DAYS TO FILE A SECOND AMENDED COMPLAINT<br><br>(ECF No. 18) |

　　　　Plaintiff Christopher G. Valencia is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 17, 2021, the Court screened Plaintiff's first amended complaint, found that no cognizable claims were stated, and granted Plaintiff one final opportunity to amend the complaint. (ECF No. 17.)  Plaintiff failed to file an amended complaint, and the Court issued an order to show cause why the action should not be dismissed.  (ECF No. 18.)

　　　　On September 9, 2021, Plaintiff filed a response to the Court's order to show cause and submits that he did not receive the Court's May 17, 2021 order as it was returned due to an insufficient address.

　　　　On the basis of good cause, the Court will vacate the order to show cause and grant Plaintiff thirty days to file a second amended complaint.  However, Plaintiff is advised that it is his responsible to provide the Court will his current and correct address in order to receive service of the Court's

order. The Court's May 17, 2021 order was served at the most recent address of record provided by Plaintiff and therefore service was effective. Local Rule 182(f).

Accordingly:

1. The Court's order to show cause issued on August 19, 2021 is discharged;
2. The Clerk of Court is directed to send Plaintiff a copy of the Court's May 17, 2021 screening order (ECF No. 17);
3. Plaintiff is granted thirty days from the date of service of this order to file a second amended complaint; and
4. The failure to comply with this order will result in a recommendation that the action be dismissed for failure to obey a court order, failure to prosecute, and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated:   **September 13, 2021**

UNITED STATES MAGISTRATE JUDGE