**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER G. VALENCIA,<br><br>         Plaintiff,<br><br>    v.<br><br>KEN CLARK, et al.,<br><br>         Defendants. | Case No.: 1:21-cv-00137-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE<br><br>(ECF No. 23) |

Plaintiff Christopher G. Valencia is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for judicial notice, filed September 20, 2021. Plaintiff submits that he did not prepare or submit a notice of change of address which was filed on April 19, 2021 and entered on the docket on April 21, 2021. (ECF No. 16.) After the Court's screening order was returned to the Court as undeliverable on August 27, 2021, Plaintiff filed a notice of change of address on September 7, 2021. Inasmuch as Plaintiff's address of record has now been updated by Plaintiff, his request for judicial notice is denied.

IT IS SO ORDERED.

Dated:   **September 23, 2021**

                              UNITED STATES MAGISTRATE JUDGE

1