**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTOPHER G. VALENCIA, | ) | Case No.: 1:21-cv-00137-SAB (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |
| KEN CLARK, et al., | ) ) | (ECF No. 28) |
| Defendants. | ) ) ) | |

Plaintiff Christopher G. Valencia is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 14, 2021, the Court screened Plaintiff's second amended complaint, found that Plaintiff failed to state a cognizable claim for relief, and granted Plaintiff one final opportunity to amend the complaint within thirty days.  (ECF No. 28.)  Plaintiff has not responded to the Court's order and the time to do so has expired.   Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order.  Plaintiff's failure to comply with this order will result a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:   **November 29, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1