UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER G. VALENCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00137-JLT-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. 31) |

　　　　Christopher G. Valencia is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 3, 2022, the Magistrate Judge made findings and recommendations that this action be dismissed for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute. (Doc. 31.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (*Id.*)  Plaintiff filed objections on January 12, 2022. (Doc. 33.)

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.  Plaintiff's objections to not meaningfully address the defects in his claims.  Accordingly, the Court **ORDERS**:

1

1. The findings and recommendations issued by the magistrate judge on January 3, 2022, (Doc. 31), are adopted in full.
2. This action is dismissed for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __February 8, 2022__

*[signature]*
UNITED STATES DISTRICT JUDGE